# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLIE H. DAVIS & LEYDA E. CHEW, individually and as the biological father and next of friend of Lequindra Keion Davis (age 19) and Kaitrandra Chalise Davis (age 20),**

    **Plaintiffs,**

-vs-            Case No. 6:05-cv-936-Orl-31KRS

**HON. JOHN TANNER, HON. ELLIOTT SROVES, BARBARA FANCHER JONES, JOHN BOLTON, KATHY A. JIMENEZ, RICHARD E. BROWN, ERIC K. NEITZKE, DIANE M. MATOUSEK, & HENRY SPERL,**

    **Defendants.**

## ORDER

This cause came on for consideration by the Court *sua sponte.* Because it appears that this case may be related to *Davis v. Winslow*, Case No. 6:05-cv-416-Orl-28DAB, I direct the Clerk of Court to reassign this case to the Honorable David A. Baker as the presiding Magistrate Judge. Judge Baker consents to the reassignment of the case.

**DONE** and **ORDERED** in Orlando, Florida this 28th day of June, 2005.

                *Karla R. Spaulding*
                KARLA R. SPAULDING
                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Hon. David A. Baker
Counsel of Record
Pro Se Parties

Unrepresented Parties