# United States District Court
## Middle District of Florida
### Orlando Division

CHARLIE H. DAVIS & LEYDA E. CHEW,
individually and as the biological father
and next of friend of Lequindra Keion
Davis (age 19) and Kaitrandra Chalise
Davis (age 20),

**Plaintiffs,**

-vs-

**Case No. 6:05-cv-936-Orl-28DAB**

HON. JOHN TANNER, HON. ELLIOTT
SROVES, BARBARA FANCHER JONES,
JOHN BOLTON, KATHY A. JIMENEZ,
RICHARD E. BROWN, ERIC K. NEITZKE,
DIANE M. MATOUSEK, & HARRY
SPERL,

**Defendants.**

---

## ORDER

This case is before the Court on periodic review.  The Complaint in this case (Doc.
No. 1, filed June 23, 2005) is identical to the Amended Complaint (Doc. 74, filed June 23,
2005) in case 6:05-cv-416-ORL-28DAB[1].  Accordingly, the Court hereby **DISMISSES** the
Complaint in this case, 6:05-cv-936-ORL-28DAB.  The Clerk of Court is directed to close this
case.

---

[1] The Caption of the Complaint in this case omits three Defendants named in 6:05-
cv-416-ORL-28DAB (Defendants Richard S. Graham, George Winslow, Jr., and Donna S.
Zmijewski), however the body of the Complaint names these Defendants as parties.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of July, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party